Brent H. Blakely (SBN 157292)
bblakely@blakelylawgroup.com
Jessica C. Covington (SBN 301816)
jcovington@blakelylawgroup.com
BLAKELY LAW GROUP
1334 Parkview Avenue, Suite 280
Manhattan Beach, California 90266
Telephone: (310) 546-7400
Facsimile: (310) 546-7401

*Attorneys for Plaintiff*
*Deckers Outdoor Corporation*

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DECKERS OUTDOOR CORPORATION, a Delaware Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ELEGANT FOOTWEAR, INC., a California Corporation; and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO.: 2:17-cv-02906-SJO (GJSx)<br><br>**ORDER RE CONSENT JUDGMENT INCLUDING PERMANENT INJUNCTION AND VOLUNTARY ACTION OF DISMISSAL WITH PREJUDICE**<br><br>**Hon. S. James Otero** |

**Plaintiff Deckers Outdoor Corporation** ("Deckers" or "Plaintiff") having filed a Complaint in this action charging **Defendant Elegant Footwear, Inc.** ("Defendant") with Federal Trade Dress Infringement, Patent Infringement, and related claims under California state and common law arising from Defendant's manufacture, distribution, advertising, marketing, offering for sale, and/or sale of certain footwear (depicted below and hereinafter referred to as "Accused Products") that Deckers has alleged infringe upon or otherwise violate Deckers' rights in the Bailey Button Boot Trade Dress and D616,189 Patent (" '189 Patent"):



**WHEREAS**, the parties hereto desiring to fully settle all of the claims in this action among the parties to this Consent Judgment;

**WHEREAS**, the parties herein have simultaneously entered into a Settlement Agreement and Mutual Release; and

**WHEREAS** Defendant has agreed to and hereby consents to the below judgment:

1. Defendant and its agents, servants, successors and assigns are hereby immediately and permanently restrained and enjoined from:

    (a) Manufacturing, purchasing, producing, distributing, circulating, selling, offering for sale, importing, exporting, advertising, promoting, displaying, shipping, marketing and/or incorporating in advertising or marketing the Accused

Products and/or any other products which infringe upon the Bailey Button Boot Trade Dress and/or '189 Patent;

      (b)    Challenging the validity, enforceability, or Deckers' ownership of the Bailey Button Boot Trade Dress and/or '189 Patent in any future proceedings;

      (c)    Knowingly assisting, aiding or attempting to assist or aid any other person or entity in performing any of the prohibited activities referred to in Paragraphs 1(a) and/or 1(b) above.

2.    This Court has jurisdiction over the parties herein and has jurisdiction over the subject matter hereof pursuant to 15 U.S.C. § 1121.

3.    The execution of this Consent Judgment shall serve to bind and obligate the parties hereto. However, dismissal with prejudice of this action shall not have preclusive effect on those who are not a party to this action or who are not specifically released in the parties' written settlement agreement, all claims against whom Plaintiff expressly reserves.

4.    Plaintiff and Defendant shall bear their own costs and attorneys' fees associated with this action.

5.    The jurisdiction of this Court is retained for the purpose of making any further orders necessary or proper for the construction or modification of this Stipulation/Order as well as the parties' confidential settlement agreement in connection with this action.

6.    Except as otherwise provided herein, this action is fully resolved and dismissed with prejudice.

**IT IS SO ORDERED.**

DATED: 6/12/18

*[signature: S. James Otero]*

Hon. S. James Otero
**United States District Judge**